The link to the Fittech paper at knowwhere.org and its downloadable at www.impeachmentcenter.org
judges: Garland, Katsas, Williams